**No. 60871.**—Keuffel & Esser Co. *v.* United States, protests 294534–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 60872.**—J. M. P. R. Trading Corp. and Alltransport, Inc., et al. *v.* United States, protests 227236–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

**No. 60873.**—Air Express International Agency, Inc. *v.* United States, protest 296645–K (San Francisco).

Opinion by FORD, J.   The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, JUNE 13, 1957

**No. 60874.**—Cornelius B. Bretsch *v.* United States, protest 270106–K (New York).

Opinion by DONLON, J.   The protest was dismissed.